UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TONY RIPPETO, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:10cv0083 TCM |
| MURPHY'S CLEANING, INC., d/b/a Abrasive Sandblasting, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This action was referred to the undersigned Magistrate Judge in accordance with Rule 2.08(A) of the Local Rules of the Eastern District of Missouri. Pursuant to that Rule and 28 U.S.C. § 636(c), each party must execute a written consent to the undersigned's jurisdiction before the undersigned may enter a dispositive ruling. Plaintiffs obtained service on defendant Murphy's Cleaning, Inc., d/b/a Abrasive Sandblasting, on April 13, 2010. Defendant having failed to file an answer or other responsive pleading, an entry of default was requested and has been granted. Now pending is Plaintiffs' motion for a default judgment against Defendant.

Clearly, Defendant is not going to consent to the undersigned entering a dispositive motion in this case. Without this consent, the progress of the case is halted. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall randomly reassign the instant cause of action to a United States District Judge for disposition.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of May, 2010.